UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Saleh Abdisalan Ali,

    Petitioner,

v.                                                            Civil No. 18-0089 (JNE/HB)
                                                                ORDER

Kirstjen Nielson, DHS,

    Respondent.

Petitioner filed a petition under 28 U.S.C. § 2241. Respondent moves to dismiss the petition as moot. In a Report and Recommendation dated July 6, 2018, the Honorable Hildy Bowbeer, United States Magistrate Judge, recommended that Petitioner's § 2241 petition be dismissed as moot. ECF No. 12. No party filed objections. The Court adopts the recommended disposition. Therefore, IT IS ORDERED THAT:

1. Petitioner's § 2241 petition [ECF Nos. 1, 3] is DENIED AS MOOT.

2. This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 27, 2018

                                                              s/ Joan N. Ericksen
                                                              JOAN N. ERICKSEN
                                                              United States District Judge